**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-615-MOC-DCK**

| | | |
|---|---|---|
| **LETHANIEL and MELISSA SAUNDERS,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **CERTAINTEED CORPORATION,** | ) | |
| **CENTEX REAL ESTATE CORPORATION,** | ) | |
| **CENTEX HOMES and NOMAS** | ) | |
| **CORPORATION,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Consent Motion To Stay Initial Attorney Conference" (Document No. 12) filed September 25, 2012. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Consent Motion To Stay Initial Attorney Conference" (Document No. 12) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Initial Attorney Conference is **STAYED** until November 30, 2012; by that date the parties shall file their Certificate of Initial Attorney's Conference or seek to renew this STAY.

Signed: September 25, 2012

David C. Keesler
United States Magistrate Judge