IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-615-MOC-DCK

| | |
|---|---|
| LETHANIEL and MELISSA SAUNDERS, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CERTAINTEED CORPORATION, )<br>CENTEX REAL ESTATE CORPORATION, )<br>CENTEX HOMES and NOMAS )<br>CORPORATION, )<br>)<br>Defendants. )<br>_____ ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Second Consent Motion To Stay Initial Attorney Conference" (Document No. 18) filed November 29, 2012. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Second Consent Motion To Stay Initial Attorney Conference" (Document No. 12) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Initial Attorney Conference is **STAYED** until **December 31, 2012**; by that date the parties shall file their Certificate of Initial Attorney's Conference or seek to renew this STAY.

Signed: November 29, 2012

David C. Keesler
United States Magistrate Judge