# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:12-CV-615-MOC-DCK

| | |
|---|---|
| LETHANIEL SAUNDERS and MELISSA SAUNDERS, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )    **ORDER** <br>) |
| CERTAINTEED CORPORATION, CENTEX REAL ESTATE CORPORATION, CENTEX HOMES, and NOMAS CORPORATION, | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Third Consent Motion To Stay Initial Attorney Conference" (Document No. 21) filed December 31, 2012. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Third Consent Motion To Stay Initial Attorney Conference" (Document No. 21) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Initial Attorney Conference is **STAYED** until **February 28, 2013**; by that date the parties shall file their Certificate of Initial Attorney's Conference or seek to renew this STAY.

Signed: January 3, 2013

David C. Keesler
United States Magistrate Judge